# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| YANZHUO ZHANG and GUOQIANG WU, Individually and as Natural Parents and Next Friends of Their Minor Child, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION FILE NO.: |
| FIELDALE FARMS CORPORATION and CLIFFORD JAY TUCK, ) ) ) ) | |
| Defendants. ) ) | |

## COMPLAINT

COME NOW, Yanzhuo Zhang and Guoqiang Wu, Individually and as natural parents and next friends of their minor child, and file this their Complaint against Defendants Clifford Jay Tuck ("Defendant Tuck") and Fieldale Farms Corporation ("Defendant Fieldale") (collectively, "Defendants") and show the Court as follows:

## JURISDICTION, VENUE AND PARTIES

1.

Plaintiff Yanzhuo Zhang and Plaintiff Guoqiang Wu are Chinese nationals, citizens or subjects of a foreign state.

2.

Defendant Fieldale is a Georgia domestic profit corporation with its principal office located in Baldwin, Banks County, Georgia 30511. Said Defendant may be served with process through its registered agent, H. Jonathan Allen, 3719 B.C. Grant Road, Cornelia, Georgia.

3.

Defendant Tuck is a resident of Banks County, Georgia, and may be served with process at his address of 1116 Willingham Avenue, Baldwin, Georgia.

4.

This Court has original jurisdiction in this matter pursuant to 28 U.S.C. §1332(a)(2), as Plaintiffs are citizens or subjects of a foreign state who are not lawfully admitted for permanent residence in the United States, Defendants are deemed citizens of the State of Georgia, and the amount in controversy herein exceeds $75,000.

5.

This Court is a proper venue for this civil action pursuant to 28 U.S.C. §1391(b)(2) and Local Rule 3.4, as the event giving rise to the Plaintiffs' claims occurred in Madison County, Georgia.

6.

Plaintiffs have been married since April 7, 2005. At the time of the incident at issue, Plaintiff Yanzhuo Zhang was 5 months pregnant with a baby girl. Plaintiffs were the parents of the baby girl.

## **FACTS**

7.

Defendant Fieldale operates a poultry production company and, in doing so, owns, maintains, and operates feed trailer trucks.

8.

At all times set forth herein, Defendant Fieldale was the owner of a 2008 Mack 700 GU 700 feed trailer truck involved in the incident which is the subject of this action (the "feed trailer truck").

9.

At all times set forth herein, the feed trailer truck was equipped with a receiving auger arm located on the driver's side of the truck.

10.

At all times set forth herein, Defendant Tuck was an employee of Defendant Fieldale, and drove and operated the feed trailer truck with Defendant Fieldale's consent, permission and knowledge, and for Defendant Fieldale's benefit, in the course and scope of his employment. Based thereon, Defendant Fieldale is liable for any negligent acts and omissions on the part of Defendant Tuck that resulted in injuries and damages to the Plaintiffs and their unborn child.

11.

The incident which is the subject of this lawsuit occurred on May 17, 2016 on Georgia Highway 106 in Madison County.

12.

Prior to the incident, the feed trailer truck had been in Defendant Fieldale's possession for a number of years.

13.

Prior to and at the time of the incident, Defendant Fieldale was responsible for properly maintaining the feed trailer truck so that it did not pose a safety risk to others while in use.

14.

More specifically, prior to and at the time of the incident, Defendant Fieldale was responsible for maintaining the feed trailer truck such that the receiving auger arm could be safely secured and would not pose a risk of harm to others while the truck was being driven.

15.

Prior to and at the time of the incident, Defendant Fieldale was responsible for ensuring that its employees or agents who drove the feed trailer truck were properly trained in the truck's safe operation and use.

16.

Prior to and at the time of the incident, Defendant Fieldale was responsible for ensuring that Defendant Tuck knew how to properly secure the receiving auger arm of the feed trailer truck so that it would not pose a risk of harm to others while he drove the truck.

17.

At the time of the incident, Plaintiff Yanzhuo Zhang was operating a 2004 Chevrolet Silverado pickup truck owned by the University of Georgia in a lawful, non-negligent manner, traveling southbound on Georgia Highway 106 in Madison County, Georgia.

18.

As the vehicle operated by Plaintiff Yanzhou Zhang and the feed trailer truck operated by Defendant Tuck passed each other on Georgia Highway 106, the feed trailer truck's receiving auger arm swung across the center line, impaled the driver's side of the truck operated by Plaintiff Yanzhou Zhang, and severely injured Plaintiff Yanzhou Zhang.

19.

While the feed trailer truck was in Defendant Fieldale's possession and prior to the incident, Defendant Fieldale negligently maintained the feed trailer truck and/or altered same, such that it was not in the same condition as when purchased from its manufacturer.

20.

Defendant Fieldale's negligent maintenance of and/or alterations to the feed trailer truck proximately caused or contributed to the receiving auger arm swinging loose and injuring Plaintiff Yanzhou Zhang as described above.

21.

Prior to the incident, Defendant Fieldale negligently failed to ensure that Defendant Tuck was properly trained and instructed in securing the feed trailer truck's receiving auger arm while the truck was in operation.

22.

Defendant Fieldale's negligent failure to ensure that Defendant Tuck was properly trained and instructed in securing the feed trailer truck's receiving auger arm while the truck was in operation proximately caused or contributed to the receiving auger arm swinging loose and injuring Plaintiff Yanzhou Zhang as described above.

23.

At the time of the incident, Defendant Tuck was operating the feed trailer truck at an unsafe speed and/or in an unsafe manner.

24.

Defendant Tuck's operation of the feed trailer truck at an unsafe speed and/or in an unsafe manner proximately caused or contributed to the receiving auger arm swinging loose and injuring Plaintiff Yanzhou Zhang as described above.

25.

The above alleged negligent and acts and omissions of Defendants Fieldale and Tuck caused severe, disabling personal injuries to Plaintiff Yanzhuo Zhang, including bilateral below the knee amputations, and caused the death of the Plaintiffs' unborn daughter.

26.

As a direct and proximate result of the Defendants' negligence, Plaintiff Guoqiang Wu has been and will continue to be deprived of Plaintiff Plaintiffs Yanzhuo Zhang's consortium, companionship and services.

27.

On the date of the incident, Plaintiffs Yanzhuo Zhang and Guoqiang Wu were the natural parents of their unborn daughter, who died as a result of the incident, and thus are jointly entitled to bring this action for the wrongful death of said daughter under O.C.G.A. §19-7-1 and O.C.G.A. §51-4-4.

28.

Due to the negligent conduct on the part of Defendants, Plaintiffs Yanzhuo Zhang and Guoqiang Wu, individually and as surviving natural parents of their minor daughter, suffered the following injuries and damages:

(a) Plaintiffs Yanzhuo Zhang and Guoqiang Wu, individually and as sole surviving natural parents of their child, are entitled to recover for said daughter's wrongful death in an amount representing the full value of the daughter's life;

(b) Plaintiff Yanzhuo Zhang is entitled to recover for her own personal injuries; past, present, and future medical and related expenses; past, present, and future lost wages; past, present, and future mental and physical pain and suffering; and damages for the Defendants' negligent infliction of emotional distress in her witnessing and enduring the death of her unborn child; and,

(c) Plaintiff Guoqiang Wu is entitled to recover for his loss of consortium and services.

29.

Pursuant to O.C.G.A. §13-6-11, Defendants have been stubbornly litigious, have acted in bad faith, or have caused Plaintiffs' unnecessary trouble or expense, entitling Plaintiffs to recover their expenses of litigation, including attorneys' fees, in an amount to be determined by the evidence submitted at the trial of this case.

WHEREFORE, Plaintiffs Yanzhuo Zhang and Guoqiang Wu pray:

(A) That Plaintiffs have judgment against the Defendants for the claims asserted herein in amounts to be determined at the trial of this civil action;

(B) That Plaintiffs recover their expenses of litigation, including reasonable attorneys' fees, in an amount based upon the evidence submitted at the trial of this civil action;

(C) That process issue and Defendants be served according to law;

(D) That all costs of this action be cast against the Defendants; and

(E) That the Court grant Plaintiffs such other and further relief as is just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial for all claims.

          BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.
*Attorneys for Plaintiffs*

By: */s/ Andrew J. Hill, III*
Andrew J. Hill, III
Georgia Bar No. 353300
ajh@bbgbalaw.com

James B. Matthews III
Georgia Bar No. 477559
jbm@bbgbalaw.com

Lee S. Atkinson
Georgia Bar No. 255445
lsa@bbgbalaw.com

440 College Ave.
P.O. Box 832
Athens, GA 30603
Telephone: 706-354-4000
Facsimile: 706-353-0673