IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| YANZHUO ZHANG and GUOQIANG WU, Individually and as Natural Parents and Next Friends of Their Minor Child,<br><br>    Plaintiffs,<br><br>v.<br><br>FIELDALE FARMS CORPORATION and CLIFFORD JAY TUCK,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO.: 3:16-cv-00055-CDL |

## FIRST AMENDED COMPLAINT

Pursuant to the Rule 15 of the Federal Rules of Civil Procedure, COME NOW, Yanzhuo Zhang and Guoqiang Wu, Individually and as natural parents and next friends of their minor child, and file this their First Amended Complaint against Defendants Clifford Jay Tuck ("Defendant Tuck") and Fieldale Farms Corporation ("Defendant Fieldale") (collectively, "Defendants") and show the Court as follows:

### New Paragraph No. 23.

Prior to the incident in question, Defendant Tuck negligently failed to properly secure the feed trailer truck's receiving auger arm in violation of O.C.G.A. § 40-6-254 and at the time of the incident, was operating the feed truck at an unsafe speed and/or in an unsafe manner, said actions constituting negligence and negligence per se.

### New Paragraph No. 24.

Defendant Tuck's operation of the feed trailer truck with an improperly secured receiving auger arm at an unsafe speed and/or in an unsafe manner proximately caused or contributed to

the receiving auger arm swinging loose and injuring Plaintiff Yanzhou Zhang as described above.

### New Paragraph No. 27.

On the date of the incident, Plaintiffs Yanzhuo Zhang and Guoqiang Wu were the natural parents of their quickened unborn daughter, who died as a result of the incident, and thus are jointly entitled to bring this action for the wrongful death of said daughter under O.C.G.A. § 19-7-1 and O.C.G.A. § 51-4-4.

BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.
*Attorneys for Plaintiffs*

By: /s/ Andrew J. Hill, III
Andrew J. Hill, III
Georgia Bar No. 353300
ajh@bbgbalaw.com

James B. Matthews III
Georgia Bar No. 477559
jbm@bbgbalaw.com

Lee S. Atkinson
Georgia Bar No. 255445
lsa@bbgbalaw.com

440 College Ave.
P.O. Box 832
Athens, GA 30603
Telephone:   706-354-4000

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of July, 2016, I electronically filed the above **First Amended Complaint** with the Clerk of Court using the CM/ECF system and by mailing same, properly stamped and addressed, to Defendants' attorney of record, as follows:

    Mr. Steven P. Gilliam
    Smith Gilliam Williams & Miles
    P.O. Box 1098
    Gainesville, GA 30503

                              By:    */s/ Andrew J. Hill, III*
                                         Andrew J. Hill, III
                                         Georgia Bar No. 353300
                                         ajh@bbgbalaw.com

                                         James B. Matthews III
                                         Georgia Bar No. 477559
                                         jbm@bbgbalaw.com

                                         Lee S. Atkinson
                                         Georgia Bar No. 255445
                                         lsa@bbgbalaw.com

440 College Ave.
P.O. Box 832
Athens, GA 30603
Telephone:    706-354-4000
Facsimile:    706-549-3545